Mark S. Middlemas, USB No. 9252
Hillary R. McCormack, USB No. 11719
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
L&A Case No. 22.83385.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| In re: | Bankruptcy No. 22-21783 RKM |
| Corbin Archer and Lisa Archer, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates, PC
> 3269 South Main Street, Suite 100
> Salt Lake City, UT 84115

DATED: May 18, 2022.

LUNDBERG & ASSOCIATES, PC

By /s/Mark S. Middlemas
Mark S. Middlemas
Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on May 18, 2022, I electronically filed the foregoing Appearance, with the

United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further

certify that the parties of record in this case, as identified below, are registered CM/ECF users

and will be served through the CM/ECF system:

Russell S. Walker
Pearson Butler, PLLC
russellw@pearsonbutler.com
ECF
Attorney for Debtors

/s/Mark S. Middlemas
Mark S. Middlemas