Russell S. Walker [3363]
PEARSON BUTLER PLLC
1802 West South Jordan Parkway | Suite 200
South Jordan | UT | 84095
Telephone: (801) 495-4104
Facsimile: (801) 254-9427
Email: russellw@pearsonbutler.com

*Attorney for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Case No. 22-21783 |
|---|---|
| CORBIN ARCHER<br>LISA ARCHER<br><br>Debtors. | Chapter 13<br><br>Judge R. KIMBALL MOSIER |

*EX PARTE MOTION TO EXTEND TIME*

Pursuant to Fed. R. Bankr.P. 1007 (c) and 3015 (b), Debtors, through counsel undersigned, hereby respectfully move this Court, for entry of an order extending their time to file their deficient voluntary petition paperwork and represent as follows:

1.　Debtors filed a skeletal voluntary bankruptcy petition on May 15, 2022 and were required to cure all deficiencies on or before May 31, 2022.

2.　Debtors have had difficulty gathering the remainder of the necessary documents to cure the deficiency.

3. Debtors and counsel believe that they will be able to review and sign the deficient documents with counsel within the next 7 days.

4. The requested extension will not prejudice any creditors of the bankruptcy estate.

WHEREFORE, Debtors request the deadline for curing deficiencies be extended to June 7, 2022 in order to allow the case to remain active and for any additional relief that the Court may deem just or equitable.

DATED this 31st day of May, 2022.

/s/ Russell S. Walker
Russell S. Walker
Attorney for Debtor