**This order is SIGNED.**

Dated: June 14, 2022



R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Prepared and Submitted By:

Russell S. Walker [3363]
PEARSON BUTLER PLLC
1802 West South Jordan Parkway | Suite 200
South Jordan | UT | 84095
Telephone: (801) 495-4104
Facsimile: (801) 254-9427
Email: russellw@pearsonbutler.com

*Attorney for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>CORBIN ARCHER<br>LISA ARCHER<br><br>Debtors. | Case No. 22-21783<br><br>Chapter 13<br><br>Judge: R. KIMBALL MOSIER<br><br>**ORDER GRANTING EX PARTE MOTION TO EXTEND TIME** |
|---|---|

      Debtor, through counsel, filed a Motion to Extend Time to file their Chapter 13 deficiencies on May 31, 2022. For good cause appearing and upon review of the pleadings in this matter, the Court hereby:

      ORDERS that, pursuant to Fed R. Bankr. P. 1007 (c) and 3015 (b) the Debtors deadline to file their Chapter 13 deficiencies is extended to June 15, 2022.

-------------- END OF ORDER --------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Mark S. Middlemas    LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Russell S. Walker    russellw@pearsonbutler.com, sasha@pearsonbutler.com

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

    NONE

                                  Clerk of the Court