**This order is SIGNED.**

**Dated: June 15, 2022**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



NICHOLAS U. FRANDSEN (12512)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

*Attorneys for Glass America Midwest, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>CORBIN ARCHER and LISA ARCHER,<br><br>Debtors. | Bankruptcy No. 22-21783-JKM<br>(Chapter 13)<br><br>**ORDER GRANTING TEMPORARY RELIEF FROM THE AUTOMATIC STAY FOR SOLE PURPOSE OF FILING NOTICE OF APPEAL**<br><br>Judge R. Kimball Mosier |

This matter came before the Court upon debtors' Corbin Archer and Lisa Archer's (the "Archers") and Glass America Midwest, LLC's ("Glass America") Stipulated Motion for Temporary Relief from the Automatic Stay for the Sole Purpose of Filing Notice of Appeal (the "Motion"). Because the Motion is stipulated and there is good cause showing, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The automatic bankruptcy stay in the Chapter 13 proceeding shall be temporarily lifted and annulled for the sole purpose of allowing Glass America to file a Notice of Appeal in the Third Judicial District Court of Utah, Case No. 200901137 (the "Glass America Case").

2. Once Glass America files the Notice of Appeal in the Glass America Case, the automatic bankruptcy stay will again be in effect until the Court lifts the stay.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2022, I caused to be filed via the Court's ECF System a true and correct copy of the foregoing **ORDER GRANTING TEMPORARY RELIEF FROM THE AUTOMATIC STAY FOR SOLE PURPOSE OF FILING NOTICE OF APPEAL** which served an electronic copy of the same on the creditors or parties on the Court's distribution list for this matter.

/s/ *Nicholas U. Frandsen*