# United States Bankruptcy Court

## District of Utah



In re
    Corbin Archer
    Social–Security Number or ITIN: xxx–xx–5069

    Lisa Archer
    Social–Security Number or ITIN: xxx–xx–9812
                          Debtor

Case Number 22–21783 RKM
Chapter 13

### Order Of Dismissal for Failure to Comply with 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), it is hereby ORDERED that Debtors Corbin Archer and Lisa Archer have been DISMISSED from the above–captioned case for failure to comply with 11 U.S.C. § 521(a)(1).

Dated: June 30, 2022

*R. Kimball Mosier*

R. Kimball Mosier
United States Bankruptcy Judge

Form f745 (Doc# 25) – djf