# United States Bankruptcy Court

## District of Utah



In re
    Corbin Archer
    Social−Security Number or ITIN: xxx−xx−5069

    Lisa Archer
    Social−Security Number or ITIN: xxx−xx−9812
                               Debtor

Case Number 22−21783 RKM
Chapter 13

## Order Of Dismissal for Failure to Comply with 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), it is hereby ORDERED that Debtors Corbin Archer and Lisa Archer have been DISMISSED from the above−captioned case for failure to comply with 11 U.S.C. § 521(a)(1).

Dated: June 30, 2022

R. Kimball Mosier
United States Bankruptcy Judge

Form f745 (Doc# 25) − djf

United States Bankruptcy Court

District of Utah

In re: Case No. 22-21783-RKM

Corbin Archer  Chapter 13

Lisa Archer

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: f745 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corbin Archer, Lisa Archer, 3861 East Evelyn Dr., Salt Lake City, UT 84124-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12047559 | | Email/PDF: bncnotices@becket-lee.com | Jun 30 2022 23:28:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12027881 | + | Email/PDF: bncnotices@becket-lee.com | Jun 30 2022 23:28:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 12027882 | | EDI: IRS.COM | Jul 01 2022 03:23:00 | Internal Revenue Service, Attn: Special Procedures, Mail Stop 5021, 50 South 200 East, Salt Lake City, UT 84111 |
| 12027883 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2022 23:27:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 12027884 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2022 23:27:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 12027885 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2022 23:27:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 12037911 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2022 23:27:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 12027887 | | EDI: USBANKARS.COM | Jul 01 2022 03:23:00 | Us Bank, Attn: Bankruptcy, P.O. Box 5229, Cincinnati, OH 45201 |
| 12027888 | + | EDI: UTAHTAXCOMM.COM | Jul 01 2022 03:23:00 | Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12027889 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 30 2022 23:27:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12027886 | | Snap Advances Llc |
| cr | * | Utah State Tax Commission, Attn Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 22-21783  Doc 26  Filed 07/02/22  Entered 07/02/22 22:17:40  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 1088-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: f745 | Total Noticed: 11 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryant Thomas Hinckley | on behalf of Creditor Utah State Tax Commission bhinckley@agutah.gov |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| Mark S. Middlemas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LundbergECFmail@Lundbergfirm.com ecfmaildistgroup@lundbergfirm.com |
| Nicholas U. Frandsen | on behalf of Creditor Glass America Midwest LLC nfrandsen@parsonsbehle.com |
| Russell S. Walker | on behalf of Joint Debtor Lisa Archer russellw@pearsonbutler.com sasha@pearsonbutler.com |
| Russell S. Walker | on behalf of Debtor Corbin Archer russellw@pearsonbutler.com sasha@pearsonbutler.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 7